UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL DARNELL JONES, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-1907-X-BT |
| | § | |
| CODE ENFORCEMENT BUSINESS, et al., | § | |
| | § | |
| *Defendants.* | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 28). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's motion to alter or amend judgment, (Doc. 27) is **DENIED**.

**IT IS SO ORDERED** this 22nd day of January, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1